

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF P.J.P.R, a Child. | § | |
| | § | No. 08-14-00245-CV |
| | § | Appeal from the |
| | § | 383rd Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2012DCM09060) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and declares the "First Amended Order in Suit Affecting the Parent-Child Relationship Following Motion to Reconsider" signed on August 5, 2014 to be void. We further conclude the appeal should be dismissed for want of jurisdiction. We further order Appellee pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.